■ BANCO NACIONAL ULTRAMARINO, S.A., Respondent, v MONEYCENTER TRUST CO., LTD., Appellant, et al., Defendants. [659 NYS2d 734] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered April 2, 1996, unanimously affirmed for the reasons stated by Miller, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Rubin and Andrias, JJ. [*See,* 169 Misc 2d 182.]